Submitted on record and briefs July 1, reversed and remanded August 3, 2005

# STATE OF OREGON,
*Respondent,*

*v.*

# DEBORAH L. LANGE,
*Appellant.*

## 0303-31392; A123874

116 P3d 929

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denis M. Vannier, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction for possession of a controlled substance, ORS 475.992, arguing that the trial court committed reversible error in trying defendant to the court without obtaining a written waiver of her right to a jury trial. The state concedes that this constitutes reversible error. We agree, *see State v. McBride*, 135 Or App 690, 899 P2d 1218 (1995), and therefore accept the state's concession.

Reversed and remanded.